**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

OJ COMMERCE LLC,
        Plaintiff,

v.

STANDARD SALES, INC.,
        Defendant.

Case No:  0:19-cv-62777-DPG

**JOINT REQUEST TO SUSPEND PROCEEDINGS BY FOURTEEN (14)**
**DAYS DUE TO A TENTATIVE RESOLUTION BETWEEN THE PARTIES**

Plaintiff, OJ Commerce, LLC ("OJ"), and Defendant, Standard Sales, Inc. ("Standard"), through their undersigned counsel, hereby submit this Joint Request to Suspend Proceedings for Fourteen (14) Days, and due to a tentative resolution between the parties.  In support thereof, OJ and Standard state as follows:

    1.    On November 6, 2019, OJ filed the instant complaint against Standard. [D.E. 1].

    2.    On November 27, 2019, Standard filed its Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and for Failure to State a Claim ("Motion to Dismiss"). [D.E. 9]. On December 11, 2019, OJ filed its response in opposition to the Motion to Dismiss [D.E. 11], and on November 3, 2020, Standard filed its reply in support of the Motion to Dismiss. [D.E. 18].

    3.    Since the outset of the dispute, the parties have engaged in good faith discussions regarding a potential resolution of the lawsuit.  Through the instant submission, the parties believe that they have reached a tentative resolution of this matter that would result in a dismissal *with prejudice* of any and all claims between the parties.  The parties' tentative resolution is expressly contingent upon the execution of a fully agreeable and written settlement agreement that has been circulated between OJ and Standard, and the parties are diligently cooperating together to prepare and finalize those settlement-related documents as quickly as possible.

4. In an abundance of caution, and to both preserve the parties' resources, and also to preserve this Court's resources, both OJ and Standard respectfully request that the Court suspend this proceeding by fourteen (14) days, which should be sufficient for the parties to: (a) finalize and sign the required settlement documentation; and (b) file the related dismissal documents with the Court.

5. In the unlikely event that the parties' tentative resolution does not materialize, either OJ and/or Standard will immediately notify the Court.

### Certificate of Good Faith Conference

I hereby certify that counsel for the Defendant met and conferred with counsel for OJ Commerce, LLC both telephonically, and in writing, regarding the instant joint submission. OJ Commerce, LLC is agreeable to this joint submission, has approved the contents of this joint submission, and is otherwise *unopposed* to this filing.

Dated: January 29, 2020

Respectfully submitted,

Oliver Alan Ruiz
Oliver Alan Ruiz
oruiz@malloylaw.com
Florida Bar No. 524786
Jonathan R. Woodard, Esq.
jwoodard@malloylaw.com
Florida Bar No. 0096553
**Malloy & Malloy, P.L.**
2800 S.W. 3rd Ave.
Miami, Florida 33129
(305) 858-8000
*Counsel for Defendant*